STATE OF NEW JERSEY v. RONALD HAMMOND.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD HAMMOND.

November 2, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. TEDDY CARTER.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH Z. TAYLOR.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JOHNSTON.

November 2, 1987.

Petition for certification denied.